

# ARKANSAS COURT OF APPEALS

DIVISION III
No. CV–16–955

| | | |
|---|---|---|
| GALE A. ASKINS | | **Opinion Delivered:** March 15, 2017 |
| | APPELLANT | |
| V. | | APPEAL FROM THE ARKANSAS WORKERS' COMPENSATION COMMISSION [NO. G202018] |
| KROGER LIMITED PARTNERSHIP AND SEDGWICK CLAIMS MANAGEMENT | | |
| | | AFFIRMED |
| | APPELLEES | |

## RITA W. GRUBER, Chief Judge

In this workers' compensation case, Gale A. Askins appeals the denial of her claim that she sustained a compensable injury to her brain while she was working in a Kroger store. She claimed that her brain injury was caused by a specific incident—that she fell while carrying a tray of shrimp out of a cooler to serve a customer; alternatively, she claimed that her injury was unexplained and was therefore compensable. Kroger contested the claim, contending that Ms. Askins did not sustain an on-the-job injury or, alternatively, that her ongoing medical condition was not related to any on-the-job accident. On appeal, Ms. Askins contends that substantial evidence does not support the finding of the Arkansas Workers' Compensation Commission that she did not sustain "an unexplained compensable injury."

The Commission's opinion in this case includes a comprehensive review of the medical records, live testimony, and deposition testimony. Because the opinion adequately explains

its decision and because we conclude that the Commission's findings are supported by substantial evidence, we affirm by memorandum opinion. *In re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985).

Affirmed.

VIRDEN and WHITEAKER, JJ., agree.

*Mickel & Chapman*, by: *Thomas W. Mickel* and *Brooklyn R. Parker*, for appellant.

*Barber Law Firm, PLLC*, by: *Michael L. Alexander*, for appellees.

SLIP OPINION